RECEIVED
IN MONROE, LA.
APR 20 2012
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| BRENDA MOORE, RE: THE SUCCESSION OF EDDIE LEE MOORE a/k/a PHIL MOORE PROBATE NO: 4274 | * | CIVIL ACTION NO. 12-0364 |
| VERSUS | * | JUDGE ROBERT G. JAMES |
| THE FOURTH DISTRICT COURT MOREHOUSE PARISH, ET AL. | * | MAG. JUDGE KAREN L. HAYES |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED** that plaintiff's claims against defendants, the Louisiana Court of Appeal for the Second Circuit (sometimes referred to in the complaint and attachments as "The Second Circuit Court of Appeal" or the "Louisiana Court of Appeals"), and the Fourth Judicial District Court for the Parish of Morehouse (referred to in the complaint as "Fourth District Court Morehouse Parish"), are hereby **DISMISSED, with prejudice**.

**IT IS FURTHER ORDERED** that plaintiff's claims against defendant, the Louisiana Supreme Court, are hereby **DISMISSED, without prejudice**, for lack of subject matter jurisdiction. Fed.R.Civ.P. 12(b)(1).

**IT IS FURTHER ORDERED** that plaintiff's individual capacity claims against Judge Scott Leehy are hereby **DISMISSED, with prejudice**.

**IT IS FURTHER ORDERED** that plaintiff's official capacity claims against Judge Scott Leehy are hereby **DISMISSED, without prejudice**, for lack of subject matter jurisdiction. Fed.R.Civ.P. 12(b)(1).

**IT IS FURTHER ORDERED** that plaintiff's claims against Amy Ellender; James Yeldell (incorrectly referred to in the caption and body of the complaint as "James Yendell"); Frank Moore, Sr.; and Elnora Thomas are hereby **DISMISSED, with prejudice**

THUS DONE AND SIGNED in chambers, this 20 day of April 2012, Monroe, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE